Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for BILQUIS QADIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>BILQUIS QADIR,<br><br>              Defendant. | Case No. CR 04-0375 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING SENTENCING** |

     Defendant Bilquis Qadir is currently scheduled to appear for sentencing in the above-captioned matter on October 30, 2006 at 9:00 a.m. Counsel for Ms. Qadir requests that this matter be continued until December 18, 2006 to allow counsel to conduct a psychological evaluation of Ms. Qadir. Assistant United States Attorney Joseph Fazioli and United States Probation Officer David Ackerman have no objection to the continuance.

     The parties therefore agree, and the Court finds and holds, that this matter be set for sentencing on December 18, 2006 at ~~10:00 a.m~~. 9:00 A.M.

     IT IS SO STIPULATED.

Dated: September 1, 2006

                                                   /s/
                                     EDWARD W. SWANSON
                                     Swanson, McNamara & Haller LLP
                                     Attorneys for BILQUIS QADIR

Dated: September 1, 2006

                                                 /s/
                                     JOSEPH FAZIOLI
                                     Assistant United States Attorney

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. CONTINUING SENTENCING FROM OCTOBER 30, 2006 TO DECEMBER 18, 2006 AT 9:00 A.M.

_____
MARILYN HALL PATEL
United States District Judge



**STIP. AND [PROPOSED] ORDER CONTINUING SENTENCING**
*United States v. Qadir*, Case No. CR 04-0375 MHP        2